# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| MICHAEL A. MAXIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:17-CV-948-RLM-MGG |
| | ) | |
| STATE OF INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION AND ORDER**

Michael A. Maxie, a prisoner without an attorney, was denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). He was given an opportunity to pay the filing fee, but the deadline has now passed and he hasn't paid. Therefore, this case will be dismissed for non-payment of the filing fee. Nevertheless, he is required to pay the filing fee using the methods of 28 U.S.C. § 1915. *See* Newlin v. Helman, 123 F.3d 429 (7th Cir. 1997). For the foregoing reasons, the court:

    (1) DISMISSES the complaint without prejudice;

    (2) ORDERS the plaintiff **Michael A. Maxie, IDOC # 212676**, to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $400.00 filing fee is paid in full; and

    (3) DIRECTS the clerk of court to create a ledger for receipt of these funds; and

    (4) DIRECTS the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on January 23, 2018

                                                  s/ Robert L. Miller, Jr.
                                                  JUDGE
                                                  UNITED STATES DISTRICT COURT